IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01011-DME-MEH

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## ORDER SETTING SCHEDULES

**ORDER ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY**
**Dated: September 26, 2007**

The Court held a Preliminary Scheduling/Status Conference on September 26, 2007, and the following deadlines were set:

| | | |
|---|---|---|
| ! | File Amended Complaint: | November 10, 2007 |
| ! | Discovery Cut-off: | December 10, 2007 |
| ! | Dispositive Motion Deadline: | January 14, 2008 |
| ! | Expert Witness Disclosure: | November 1, 2007 |

A Final Pretrial Conference will be held on March 10, 2008 at 9:15 o'clock a.m. Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate. A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than five business days before the Final Pretrial Conference. Attorneys and/or pro se parties not participating in Electronic Case Filing ("ECF") shall submit their proposed Final Pretrial Order on paper to the Clerk's office. However, if any party is participating in ECF, it is the responsibility of that party to submit the proposed Final Pretrial Order pursuant to the District of Colorado ECF procedures. In accordance with the electronic filing procedures of this Court, the document to be e-mailed to the Magistrate Judge shall be sent to Hegarty_Chambers@cod.uscourts.gov and shall be sent in a useable format (preferably WordPerfect).