IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01011-DME-MEH

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 16, 2007.**

    Plaintiff's Motion for an order compelling discovery [Filed October 15, 2007; Docket #36] is **denied**. Regardless of whether Plaintiff believes it will be futile to first serve discovery requests on Defendants' counsel, Plaintiff's motion is premature under the Federal Rules of Civil Procedure until such time as Plaintiff has served discovery, Defendants have timely responded or objected, and the parties have conferred pursuant to Fed. R. Civ. P. 37(a) and D.C.Colo.L.Civ.R. 7.1.A.

    It is FURTHER ORDERED that the Clerk of the Court shall provide a copy of Defendants Motion to Temporarily Stay Discovery [Docket #31] with attachments to Plaintiff with this Minute Order.