IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01011-DME-MEH

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 15, 2007.**

    In light of this Court's Order granting a stay of discovery pending a ruling on Defendants' Motion to Dismiss in this matter, Plaintiff's Request for Order to Allow Contact with Inmate Witnesses [filed November 5, 2007; doc #42] is **denied without prejudice** and Plaintiff's Request for Extension of Discovery Deadline [filed November 13, 2007; doc #44] is **denied as moot**.