IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01011-DME-MEH

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 13 2007

GREGORY C. LANGHAM
CLERK

## ORDER

On July 17, 2007, Judge Ebel granted service to Plaintiff by United States Marshals Service because Plaintiff is proceeding *in forma pauperis*. Dock. #14. At that time, Defendant Leyba's address was unknown, and the Marshal was unable to obtain a waiver of service from Leyba because he is no longer employed by the Federal Bureau of Prisons. Defendants have now submitted to the Court under seal Defendant Leyba's last known address. Dock. #50. Accordingly, in compliance with Judge Ebel's Order dated July 17, 2007, it is ORDERED that the Clerk shall attempt to obtain a waiver of service from Defendant Leyba at the address listed in docket #50. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant Leyba. Because Defendant Leyba's address remains under seal, the United States Marshal shall submit the Return of Service under seal as well.

Dated at Denver, Colorado this 12th day of December, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01011-DME-MEH

Roy Allen Green
Reg. No. 03327-063
USP - Victerville
PO Box 5500
Adelanto, CA 92301

US Marshal Service
Service Clerk
Service forms for: Lawrence Leyba - **UNDER SEAL**

Terry Fox, Assistant US Attorney
United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service service of process on Dr. Lawrence Leyba - **UNDER SEAL**; COMPLAINT FILED 05/15/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/13/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk