IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01011-DME-KMT

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Request for an Extension of Time to File Brief of Objections" (#78, filed August 4, 2008) is GRANTED.

Dated: August 11, 2008