IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01011-DME-KMT

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Request for F.R.Civ.P., Rule 34 Discovery" (#85, filed September 22, 2008) is DENIED. Plaintiff's motion is construed as a motion to compel. The motion is premature, as no discovery schedule has been put into effect and no formal discovery request has been propounded to any of the defendants.

Dated: October 14, 2008