**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01011-DME-KMT

ROY ALLEN GREEN,

      Plaintiff,

      v.

FEDERAL BUREAU OF PRISONS
WARDEN WILEY,
DR. LAWRENCE LARVA [sic DR. LEYBA], and
DR. NAFZIGER,

      Defendants.

---

**ORDER RE: DEFENDANTS' MOTION FOR LEAVE TO
DEPOSE PLAINTIFF ROY ALLEN GREEN**

---

The Court, having considered Defendants' Motion for Leave to Depose Plaintiff Roy

Allen Green, filed pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and finding good

cause therefor, hereby orders that Plaintiff will cooperate with the discovery this Court has

allowed.  Specifically, Plaintiff will make himself available for a deposition on March 30, 2009,

at the BOP facility where he may then be located (currently, he is in Adelanto, California).  At

this time, Defendants' counsel plans to travel to Adelanto, California, to depose Mr. Green.

In the event that Mr. Green refuses to participate in the deposition – even after

this Order has issued, the Court warns Mr. Green that the Court will impose appropriate sanction

upon Plaintiff Green, to include dismissal of  his case against all Defendants, with prejudice.

*See, e.g.*, *Ehrenhaus v. Reynolds,* 965 F.2d 916, 920-21 (10th Cir.1992) (affirming the district

court's imposition of an order dismissing the plaintiff's complaint with prejudice as a sanction);

*United States v. $72,100.00 in U.S. Currency*, No. 08-4085, 2009 WL 247837, at *3 -4 (10th Cir.

Feb. 3, 2009) (concluding that Plaintiff's conduct prejudiced the United States, as it incurred

unnecessary additional time, effort and expense in connection with the case); *Gomez v. Volpe*,

No. 9:06-cv-900 (LEK/GJD), 2008 WL 833942, at *2 -3 (N.D.N.Y. March 27, 2008)

(recommending dismissal as a discovery sanction given that Defendants would be prejudiced by

not being able toobtain dsicovery on Plantiff's claims).

Dated this 9th day of March, 2009.

BY THE COURT:

_____

Kathleen M. Tafoya
United States Magistrate Judge

2