IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01011-DME-KMT

ROY ALLEN GREEN,

    Plaintiff,

v.

WARDEN WILEY,
DR. LAWRENCE LAYVA, and
DR. NAFZIGER,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Settlement Conference" (#137, filed July 1, 2009) is GRANTED. The July 6, 2009 settlement conference is VACATED. The parties shall submit a stipulated motion to dismiss no later than August 3, 2009.

Dated: July 2, 2009