IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1011-DME-KMT

ROY ALLEN GREEN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, WARDEN WILEY, DR. LAWRENCE LAYVA (sic) (LEBYA), and DR. NAFZIGER,

    Defendants.

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO DISMISS AMENDED COMPLAINT WITH PREJUDICE

The Court, having considered the UNOPPOSED MOTION TO DISMISS BY PLAINTIFF, filed by the Plaintiff, and finding good cause therefor, hereby orders:

That: the above-entitled matter is dismissed with prejudice;

That: all claims against the United States and the previously asserted claims against Defendants Ron Wiley, Dr. Lawrence Lebya, and Dr. Steven Nafzinger, are hereby dismissed, with prejudice.

That: each party shall bear its own attorney's fees and costs.

Dated this __7th__ day of __July__, 2009.

                                              By the Court:

                                              *s/ David M. Ebel*

                                              David M. Ebel
                                              U. S. Circuit Court Judge